COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-002-CR

THE STATE OF TEXAS STATE

V.

SHERAN LOGAN               APPELLEE

----------

FROM COUNTY CRIMINAL COURT NO. 4 OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “State’s Motion Requesting Withdrawal Of Notice Of Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
 
Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
 See id.;
 Tex. R. App. P
.
 43.2(f).

It is further ordered that the State shall pay all costs of this appeal, for which let execution issue.  
See
 Tex. Code Crim. Proc. 
A
nn
. art. 
44.01(f) (Vernon Supp. 2004སྭ05).

PER CURIAM

PANEL: 
GARDNER, WALKER, and MCCOY
, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: March 5, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.